# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. PERIOD ENDING | 11/06/21 |
|---|---|
| 2. PAY DATE | 11/12/21 |

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY * LOCALITY/MARKET ADJ * ADJUSTED BASIC PAY |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC 05 05 | 14.53 | 21.80 | |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| -XXXX | | N | 10/03/04 | 240 | 01/01/22 |

| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | 18. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY | 19. CUMULATIVE RETIREMENT | 20. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | | 422079 | S | | | PITTSBURGH C NR | FERS: | |
| PA | S | | | 420360 | S | | | CARROLL TWP | 2675.48 | |

| 21. | CURRENT | YEAR TO DATE | 22. |
|---|---|---|---|
| GROSS PAY | 1162.40 | 26572.40 | TSP DATA |
| TAXABLE WAGES | 764.50 | 17441.25 | 3% |
| NONTAXABLE WAGES | 363.03 | 8336.31 | |
| TAX DEFERRED WAGES | 34.87 | 794.84 | |
| DEDUCTIONS | 571.18 | 13056.94 | |
| AEIC | | | |
| NET PAY | 591.22 | 13515.46 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1162.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 5.28 | 114.51 | FEHB | 105 | 300.12 | 6889.38 |
| MEDICARE | | 11.59 | 264.42 | OASDI | | 66.57 | 1504.86 |
| RETIRE, FERS | K | 9.30 | 211.94 | TAX, FEDERAL | | 46.01 | 1041.84 |
| TAX, LST | 422079 | 2.00 | 46.00 | TAX, LOCAL | 420360 | 7.99 | 182.33 |
| TAX, STATE | PA | 24.54 | 559.89 | TSP SAVINGS | | 34.87 | 794.84 |
| DENTAL | | 51.94 | 1194.62 | VISION | | 10.97 | 252.31 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 85.50 | 8.00 | 176.00 | | 208.50 | | 53.00 | |
| SICK | 8.25 | 4.00 | 88.00 | 3.25 | 89.75 | | 6.50 | |
| HOLIDAY | | | | | 50.50 | | | |
| LWOP | | | | | 5.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.64 | 57.36 | FEHB | 562.25 | 12915.97 |
| MEDICARE | 11.59 | 264.42 | OASDI | 49.56 | 1130.64 |
| RETIRE, FERS | 213.88 | 4608.94 | TSP BASIC | 11.62 | 264.90 |
| TSP MATCHING | 34.87 | 794.84 | | | |

## REMARKS

$ 17.01 COLLECTED THIS PAY PERIOD FOR A $ 408.20 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $ 33.98) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277 DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $ 300.12
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

DFAS FORM 1 (REV 3/96)

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. PAY PERIOD END | 11/20/21 |
|---|---|
| 2. PAY DATE | 11/26/21 |

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY * LOCALITY/MARKET ADJ * ADJUSTED BASIC PAY |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC 05 05 | 14.53 | 21.80 | |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| XXX-XX-XXXX | | N | 10/03/04 | 240 | 01/01/22 |

| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | 18. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY | 19. CUMULATIVE RETIREMENT | 20. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | | 422079 | S | | | PITTSBURGH C NR | FERS: 2684.78 | |
| PA | S | | | 420360 | S | | | CARROLL TWP | | |

| 21. | CURRENT | YEAR TO DATE | 22. |
|---|---|---|---|
| GROSS PAY | 1662.40 | 28234.80 | TSP DATA |
| TAXABLE WAGES | 1264.50 | 18705.75 | 3% |
| NONTAXABLE WAGES | 363.03 | 8699.34 | |
| TAX DEFERRED WAGES | 34.87 | 829.71 | |
| DEDUCTIONS | 739.43 | 13796.37 | |
| AEIC | | | |
| NET PAY | 922.97 | 14438.43 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1162.40 | INCENTVE AWD | | 500.00 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 5.28 | 119.79 | FEHB | 105 | 300.12 | 7189.50 |
| MEDICARE | | 18.84 | 283.26 | OASDI | | 97.57 | 1602.43 |
| RETIRE, FERS | K | 9.30 | 221.24 | TAX, FEDERAL | | 156.01 | 1197.85 |
| TAX, LST | 422079 | 2.00 | 48.00 | TAX, LOCAL | 420360 | 7.99 | 190.32 |
| TAX, STATE | PA | 44.54 | 604.43 | TSP SAVINGS | | 34.87 | 829.71 |
| DENTAL | | 51.94 | 1246.56 | VISION | | 10.97 | 263.28 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 85.50 | 8.00 | 184.00 | .75 | 209.25 | | 60.25 | |
| SICK | 8.25 | 4.00 | 92.00 | 8.00 | 97.75 | | 2.50 | |
| HOLIDAY | | | | 8.00 | 58.50 | | | |
| LWOP | | | | | 5.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.64 | 60.00 | FEHB | 562.25 | 13478.22 |
| MEDICARE | 18.84 | 283.26 | OASDI | 80.56 | 1211.20 |
| RETIRE, FERS | 213.88 | 4822.82 | TSP BASIC | 11.62 | 276.52 |
| TSP MATCHING | 34.87 | 829.71 | | | |

## REMARKS

$ 17.01 COLLECTED THIS PAY PERIOD FOR A $ 408.20 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $ 16.97) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277 DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
NET PAY INCLUDES CURRENT AWARD NET OF $ 331.75
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $ 300.12
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR

DFAS FORM 1 (REV 3/96)

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 12/04/21 |
| --- | --- |
| 2. Pay Date | 12/10/21 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| SALZMAN LESLIE E JR | VC 05 05 | 14.53 | 21.80 | 0.00   0.00   0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-3004 | 0.00 | N | 10/03/04 | 240 | 01/01/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 1 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:   2694.08 | |
| PA | S | 0 | 0 | 420360 | S | 0 | 0 | CARROLL TWP | | |

| 21. | Current | Year to Date | 22. | | |
| --- | --- | --- | --- | --- | --- |
| GROSS PAY | 1162.40 | 29397.20 | TSP DATA | | 3% |
| TAXABLE WAGES | 764.50 | 19470.25 | | | |
| NONTAXABLE WAGES | 363.03 | 9062.37 | | | |
| TAX DEFERRED WAGES | 34.87 | 864.58 | | | |
| DEDUCTIONS | 571.15 | 14367.52 | | | |
| AEIC | | | | | |
| NET PAY | 591.25 | 15029.68 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 1162.40 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | C0 | 5.28 | 125.07 | FEHB | 105 | 300.12 | 7489.62 |
| MEDICARE | | 11.60 | 294.86 | OASDI | | 66.53 | 1668.96 |
| RETIRE, FERS | K | 9.30 | 230.54 | TAX, FEDERAL | | 46.01 | 1243.86 |
| TAX, LST | 422079 | 2.00 | 50.00 | TAX, LOCAL | 420360 | 7.99 | 198.31 |
| TAX, STATE | PA | 24.54 | 628.97 | TSP SAVINGS | | 34.87 | 864.58 |
| DENTAL | | 51.94 | 1298.50 | VISION | | 10.97 | 274.25 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 85.50 | 8.00 | 192.00 | 8.00 | 217.25 | | 60.25 | |
| SICK | 8.25 | 4.00 | 96.00 | 2.50 | 100.25 | | 4.00 | |
| HOLIDAY | | | | 8.00 | 66.50 | | | |
| LWOP | | | | | 5.50 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 2.64 | 62.64 | FEHB | 562.25 | 14040.47 |
| MEDICARE | 11.60 | 294.86 | OASDI | 49.56 | 1260.76 |
| RETIRE, FERS | 213.88 | 5036.70 | TSP BASIC | 11.62 | 288.14 |
| TSP MATCHING | 34.87 | 864.58 | | | |

### REMARKS

$   16.97 COLLECTED THIS PAY PERIOD FOR A $   408.20 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $     0.00) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $   300.12
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 12/18/21 |
| 2. Pay Date | 12/23/21 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC  05  05 | 14.53 | 21.80 | 0.00    0.00    0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3004 | 0.00 | N | 10/03/04 | 240 | 01/01/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS: 2703.38 | |
| PA | S | 0 | 0 | 420360 | S | 0 | 0 | CARROLL TWP | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1162.40 | 30559.60 | TSP DATA | 3% |
| TAXABLE WAGES | 764.50 | 20234.75 | | |
| NONTAXABLE WAGES | 363.03 | 9425.40 | | |
| TAX DEFERRED WAGES | 34.87 | 899.45 | | |
| DEDUCTIONS | 554.17 | 14921.69 | | |
| AEIC | | | | |
| NET PAY | 608.23 | 15637.91 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1162.40 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 5.28 | 130.35 | FEHB | 105 | 300.12 | 7789.74 |
| MEDICARE | | 11.59 | 306.45 | OASDI | | 49.56 | 1718.52 |
| RETIRE, FERS | K | 9.30 | 239.84 | TAX, FEDERAL | | 46.01 | 1289.87 |
| TAX, LST | 422079 | 2.00 | 52.00 | TAX, LOCAL | 420360 | 7.99 | 206.30 |
| TAX, STATE | PA | 24.54 | 653.51 | TSP SAVINGS | | 34.87 | 899.45 |
| DENTAL | | 51.94 | 1350.44 | VISION | | 10.97 | 285.22 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 85.50 | 8.00 | 200.00 | 8.50 | 225.75 | | 59.75 | |
| SICK | 8.25 | 4.00 | 100.00 | 1.75 | 102.00 | | 6.25 | |
| HOLIDAY | | | | | 66.50 | | | |
| LWOP | | | | | 5.50 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.64 | 65.28 | FEHB | 562.25 | 14602.72 |
| MEDICARE | 11.59 | 306.45 | OASDI | 49.56 | 1310.32 |
| RETIRE, FERS | 213.88 | 5250.58 | TSP BASIC | 11.62 | 299.76 |
| TSP MATCHING | 34.87 | 899.45 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   300.12
LIFE INSURANCE AGE CATEGORY CHANGED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. PERIOD END | 01/01/22 |
| --- | --- |
| 2. PAY DATE | 01/07/22 |

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY * LOCALITY/MARKET ADJ * ADJUSTED BASIC PAY |
| --- | --- | --- | --- | --- |
| SALZMAN LESLIE E JR | VC 05 05 | 14.53 | 21.80 | |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
| --- | --- | --- | --- | --- | --- |
| -XXXX | | N | 10/03/04 | 240 | 01/01/22 |

| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
| --- | --- | --- |
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | 18. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY | 19. CUMULATIVE RETIREMENT | 20. MILITARY DEPOSIT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 1 | | 422079 | S | | | PITTSBURGH C NR | FERS: | |
| PA | S | | | 420360 | S | | | CARROLL TWP | 2712.68 | |

| 21. | CURRENT | YEAR TO DATE | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 1162.40 | 1162.40 | TSP DATA |
| TAXABLE WAGES | 764.50 | 764.50 | 3% |
| NONTAXABLE WAGES | 363.03 | 363.03 | |
| TAX DEFERRED WAGES | 34.87 | 34.87 | |
| DEDUCTIONS | 554.17 | 554.17 | |
| AEIC | | | |
| NET PAY | 608.23 | 608.23 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 1162.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | C0 | 5.28 | 5.28 | FEHB | 105 | 300.12 | 300.12 |
| MEDICARE | | 11.59 | 11.59 | OASDI | | 49.56 | 49.56 |
| RETIRE, FERS | K | 9.30 | 9.30 | TAX, FEDERAL | | 46.01 | 46.01 |
| TAX, LST | 422079 | 2.00 | 2.00 | TAX, LOCAL | 420360 | 7.99 | 7.99 |
| TAX, STATE | PA | 24.54 | 24.54 | TSP SAVINGS | | 34.87 | 34.87 |
| DENTAL | | 51.94 | 51.94 | VISION | | 10.97 | 10.97 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 85.50 | 8.00 | 208.00 | 9.50 | 235.25 | | 58.25 | |
| SICK | 8.25 | 4.00 | 104.00 | 1.00 | 103.00 | | 9.25 | |
| HOLIDAY | | | | 16.00 | 82.50 | | | |
| LWOP | | | | | 5.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 2.64 | 2.64 | FEHB | 562.25 | 562.25 |
| MEDICARE | 11.59 | 11.59 | OASDI | 49.56 | 49.56 |
| RETIRE, FERS | 213.88 | 213.88 | TSP BASIC | 11.62 | 11.62 |
| TSP MATCHING | 34.87 | 34.87 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 300.12
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

DFAS FORM 1 (REV 3/96)

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

| DEPARTMENT OF DEFENSE | | | | | | 1. Pay Period End 01/15/22 |
|---|---|---|---|---|---|---|
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES | | | | | | 2. Pay Date 01/21/22 |
| VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | | |
| 3. Name SALZMAN LESLIE E JR | 4. Pay Plan/Grade/Step VC 05 05 | 5. Hourly/Daily Rate 14.53 | 6. Basic OT Rate 21.80 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 0.00 0.00 0.00 | | |
| 8. Soc Sec No ***-**-3004 | 9. Locality % 0.00 | 10. FLSA Category N | 11. SCD Leave 10/03/04 | 12. Max Leave Carry Over 240 | | 13. Leave Year End 12/31/22 |
| 14. Financial Institution - Net Pay PNC BANK, NATIONAL ASSOCIAT | | 15. Financial Institution - Allotment #1 | | 16. Financial Institution - Allotment #2 | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS: 2721.98 | |
| PA | S | 0 | 0 | 420360 | S | 0 | 0 | CARROLL TWP | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 1162.40 | 2324.80 | TSP DATA | | 3% |
| TAXABLE WAGES | 748.17 | 1512.67 | | | |
| NONTAXABLE WAGES | 379.36 | 742.39 | | | |
| TAX DEFERRED WAGES | 34.87 | 69.74 | | | |
| DEDUCTIONS | 566.63 | 1120.80 | | | |
| AEIC | | | | | |
| NET PAY | 595.77 | 1204.00 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1162.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 5.28 | 10.56 | FEHB | 105 | 314.11 | 614.23 |
| MEDICARE | | 11.35 | 22.94 | OASDI | | 48.55 | 98.11 |
| RETIRE, FERS | K | 9.30 | 18.60 | TAX, FEDERAL | | 44.05 | 90.06 |
| TAX, LST | 422079 | 2.00 | 4.00 | TAX, LOCAL | 420360 | 7.83 | 15.82 |
| TAX, STATE | PA | 24.04 | 48.58 | TSP SAVINGS | | 34.87 | 69.74 |
| DENTAL | | 54.16 | 106.10 | VISION | | 11.09 | 22.06 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 58.25 | 8.00 | 8.00 | 0.50 | 0.50 | | 65.75 | 25.75 |
| SICK | 9.25 | 4.00 | 4.00 | 9.25 | 9.25 | | 4.00 | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.64 | 5.28 | FEHB | 574.13 | 1136.38 |
| MEDICARE | 11.35 | 22.94 | OASDI | 48.55 | 98.11 |
| RETIRE, FERS | 213.88 | 427.76 | TSP BASIC | 11.62 | 23.24 |
| TSP MATCHING | 34.87 | 69.74 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   314.11
FEHB DEDUCTION CHANGED.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 01/29/22 |
| 2. Pay Date | | 02/04/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC  05  05 | 14.53 | 21.80 | 0.00   0.00   0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3004 | 0.00 | N | 10/03/04 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:   2731.28 | |
| PA | S | 0 | 0 | 420360 | S | 0 | 0 | CARROLL TWP | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1162.40 | 3487.20 | TSP DATA | 3% |
| TAXABLE WAGES | 748.17 | 2260.84 | | |
| NONTAXABLE WAGES | 379.36 | 1121.75 | | |
| TAX DEFERRED WAGES | 34.87 | 104.61 | | |
| DEDUCTIONS | 564.54 | 1685.34 | | |
| AEIC | | | | |
| NET PAY | 597.86 | 1801.86 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1162.40 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | CO | 5.28 | 15.84 | FEHB | 105 | 314.11 | 928.34 |
| MEDICARE | | 11.36 | 34.30 | OASDI | | 48.55 | 146.66 |
| RETIRE, FERS | K | 9.30 | 27.90 | TAX, FEDERAL | | 41.95 | 132.01 |
| TAX, LST | 422079 | 2.00 | 6.00 | TAX, LOCAL | 420360 | 7.83 | 23.65 |
| TAX, STATE | PA | 24.04 | 72.62 | TSP SAVINGS | | 34.87 | 104.61 |
| DENTAL | | 54.16 | 160.26 | VISION | | 11.09 | 33.15 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 58.25 | 8.00 | 16.00 | 16.00 | 16.50 | | 57.75 | 9.75 |
| SICK | 9.25 | 4.00 | 8.00 | 8.00 | 17.25 | | | |
| HOLIDAY | | | | 8.00 | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.64 | 7.92 | FEHB | 574.13 | 1710.51 |
| MEDICARE | 11.36 | 34.30 | OASDI | 48.55 | 146.66 |
| RETIRE, FERS | 213.88 | 641.64 | TSP BASIC | 11.62 | 34.86 |
| TSP MATCHING | 34.87 | 104.61 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   314.11
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 02/12/22 |
| 2. Pay Date | 02/18/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC  05  05 | 14.53 | 21.80 | 0.00    0.00    0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3004 | 0.00 | N | 10/03/04 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS: 2740.55 | |
| PA | S | 0 | 0 | 420360 | S | 0 | 0 | CARROLL TWP | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1158.77 | 4645.97 | TSP DATA | 3% |
| TAXABLE WAGES | 744.65 | 3005.49 | | |
| NONTAXABLE WAGES | 379.36 | 1501.11 | | |
| TAX DEFERRED WAGES | 34.76 | 139.37 | | |
| DEDUCTIONS | 563.54 | 2248.88 | | |
| AEIC | | | | |
| NET PAY | 595.23 | 2397.09 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 79.75 | 1158.77 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 5.28 | 21.12 | FEHB | 105 | 314.11 | 1242.45 |
| MEDICARE | | 11.30 | 45.60 | OASDI | | 48.32 | 194.98 |
| RETIRE, FERS | K | 9.27 | 37.17 | TAX, FEDERAL | | 41.53 | 173.54 |
| TAX, LST | 422079 | 2.00 | 8.00 | TAX, LOCAL | 420360 | 7.79 | 31.44 |
| TAX, STATE | PA | 23.93 | 96.55 | TSP SAVINGS | | 34.76 | 139.37 |
| DENTAL | | 54.16 | 214.42 | VISION | | 11.09 | 44.24 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 58.25 | 8.00 | 24.00 | 40.00 | 56.50 | | 25.75 | |
| SICK | 9.25 | 4.00 | 12.00 | | 17.25 | | 4.00 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | | 8.00 | | | |
| LWOP | | | | | 0.25 | | | |
| AWOL | | | | | 0.25 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.64 | 10.56 | FEHB | 574.13 | 2284.64 |
| MEDICARE | 11.30 | 45.60 | OASDI | 48.32 | 194.98 |
| RETIRE, FERS | 213.21 | 854.85 | TSP BASIC | 11.59 | 46.45 |
| TSP MATCHING | 34.76 | 139.37 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   314.11
RETROACTIVE LEAVE ADJUSTMENTS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

Document  Page 9 of 12

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 02/26/22 |
| 2. Pay Date | 03/04/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC  05  05 | 14.53 | 21.80 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3004 | 0.00 | N | 10/03/04 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS: 2749.85 | |
| PA | S | 0 | 0 | 420360 | S | 0 | 0 | CARROLL TWP | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1162.40 | 5808.37 | TSP DATA | 3% |
| TAXABLE WAGES | 748.17 | 3753.66 | | |
| NONTAXABLE WAGES | 379.36 | 1880.47 | | |
| TAX DEFERRED WAGES | 34.87 | 174.24 | | |
| DEDUCTIONS | 564.53 | 2813.41 | | |
| AEIC | | | | |
| NET PAY | 597.87 | 2994.96 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1162.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 5.28 | 26.40 | FEHB | 105 | 314.11 | 1556.56 |
| MEDICARE | | 11.35 | 56.95 | OASDI | | 48.55 | 243.53 |
| RETIRE, FERS | K | 9.30 | 46.47 | TAX, FEDERAL | | 41.95 | 215.49 |
| TAX, LST | 422079 | 2.00 | 10.00 | TAX, LOCAL | 420360 | 7.83 | 39.27 |
| TAX, STATE | PA | 24.04 | 120.59 | TSP SAVINGS | | 34.87 | 174.24 |
| DENTAL | | 54.16 | 268.58 | VISION | | 11.09 | 55.33 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 58.25 | 8.00 | 32.00 | | 56.50 | | 33.75 | |
| SICK | 9.25 | 4.00 | 16.00 | | 17.25 | | 8.00 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |
| LWOP | | | | | 0.25 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.64 | 13.20 | FEHB | 574.13 | 2858.77 |
| MEDICARE | 11.35 | 56.95 | OASDI | 48.55 | 243.53 |
| RETIRE, FERS | 213.88 | 1068.73 | TSP BASIC | 11.62 | 58.07 |
| TSP MATCHING | 34.87 | 174.24 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   314.11
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. PAY PERIOD END | 2. PAY DATE |
|---|---|
| 03/12/22 | 03/18/22 |

| 3. NAME | 4. PAY PLAN-GRADE-STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY * LOCALITY/MARKET ADJ * ADJUSTED BASIC PAY |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC 05 05 | 21.00 | 31.50 | |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| -XXXX | | N | 10/03/04 | 240 | 12/31/22 |

| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | 18. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY | 19. CUMULATIVE RETIREMENT | 20. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | | 422079 | S | | | PITTSBURGH C NR | FERS: | |
| PA | S | | | 420360 | S | | | CARROLL TWP | 2771.01 | |

| 21. | CURRENT | YEAR TO DATE | 22. |
|---|---|---|---|
| GROSS PAY | 2645.33 | 8453.70 | TSP DATA |
| TAXABLE WAGES | 2186.61 | 5940.27 | 3% |
| NONTAXABLE WAGES | 379.36 | 2259.83 | |
| TAX DEFERRED WAGES | 79.36 | 253.60 | |
| DEDUCTIONS | 973.54 | 3786.95 | |
| AEIC | | | |
| NET PAY | 1671.79 | 4666.75 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 76.75 | 1611.75 | | | | | | |

### RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | 1033.58 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 11.52 | 37.92 | FEHB | 105 | 314.11 | 1870.67 |
| MEDICARE | | 32.86 | 89.81 | OASDI | | 140.49 | 384.02 |
| RETIRE, FERS | K | 21.16 | 67.63 | TAX, FEDERAL | | 214.57 | 430.06 |
| TAX, LST | 422079 | 2.00 | 12.00 | TAX, LOCAL | 420360 | 22.66 | 61.93 |
| TAX, STATE | PA | 69.56 | 190.15 | TSP SAVINGS | | 79.36 | 253.60 |
| DENTAL | | 54.16 | 322.74 | VISION | | 11.09 | 66.42 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 58.25 | 8.00 | 40.00 | 8.00 | 64.50 | | 33.75 | |
| SICK | 9.25 | 4.00 | 20.00 | | 17.25 | | 12.00 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 3.50 | | | |
| AWOL | | | | | 3.25 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.76 | 18.96 | FEHB | 574.13 | 3432.90 |
| MEDICARE | 32.86 | 89.81 | OASDI | 140.49 | 384.02 |
| RETIRE, FERS | 486.74 | 1555.47 | TSP BASIC | 26.46 | 84.53 |
| TSP MATCHING | 79.36 | 253.60 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $ 314.11
RETROACTIVE PERSONNEL DATA PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

DFAS FORM 1 (REV 3/96)

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT

1. PERIOD END: 03/26/22
2. PAY DATE: 04/01/22

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY * LOCALITY/MARKET ADJ * ADJUSTED BASIC PAY |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC 05 05 | 21.00 | 31.50 | |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| XXX-XX-XXXX | | N | 10/03/04 | 240 | 12/31/22 |

| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | 18. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY | 19. CUMULATIVE RETIREMENT | 20. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | | 422079 | S | | | PITTSBURGH C NR | FERS: 2784.45 | |
| PA | S | | | 420360 | S | | | CARROLL TWP | | |

| 21. | CURRENT | YEAR TO DATE | 22. |
|---|---|---|---|
| GROSS PAY | 1680.00 | 10133.70 | TSP DATA |
| TAXABLE WAGES | 1250.24 | 7190.51 | 3% |
| NONTAXABLE WAGES | 379.36 | 2639.19 | |
| TAX DEFERRED WAGES | 50.40 | 304.00 | |
| DEDUCTIONS | 707.20 | 4494.15 | |
| AEIC | | | |
| NET PAY | 972.80 | 5639.55 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|
| REGULAR PAY | 80.00 | 1680.00 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 7.36 | 45.28 | FEHB | 105 | 314.11 | 2184.78 |
| MEDICARE | | 18.86 | 108.67 | OASDI | | 80.64 | 464.66 |
| RETIRE, FERS | K | 13.44 | 81.07 | TAX, FEDERAL | | 102.20 | 532.26 |
| TAX, LST | 422079 | 2.00 | 14.00 | TAX, LOCAL | 420360 | 13.01 | 74.94 |
| TAX, STATE | PA | 39.93 | 230.08 | TSP SAVINGS | | 50.40 | 304.00 |
| DENTAL | | 54.16 | 376.90 | VISION | | 11.09 | 77.51 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 58.25 | 8.00 | 48.00 | 1.00 | 65.50 | | 40.75 | |
| SICK | 9.25 | 4.00 | 24.00 | 1.25 | 18.50 | | 14.75 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 3.50 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.68 | 22.64 | FEHB | 574.13 | 4007.03 |
| MEDICARE | 18.86 | 108.67 | OASDI | 80.64 | 464.66 |
| RETIRE, FERS | 309.12 | 1864.59 | TSP BASIC | 16.80 | 101.33 |
| TSP MATCHING | 50.40 | 304.00 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
IT IS YOUR DUTY TO COMPLY WITH FEDERAL TAX LAWS. CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
PRETAX FEHB EXCLUSION $   314.11
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

DFAS FORM 1 (REV 3/96)

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. PAY PERIOD END | 04/09/22 |
|---|---|
| 2. PAY DATE | 04/15/22 |

| 3. NAME | 4. PAY PLAN-GRADE-STEP | 5. HOURLY DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY * LOCALITY-MARKET ADJ * ADJUSTED BASIC PAY |
|---|---|---|---|---|
| SALZMAN LESLIE E JR | VC  05  05 | 21.00 | 31.50 | |
| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
| ███-XXXX | | N | 10/03/04 | 240 | 12/31/22 |
| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | 18. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY | 19. CUMULATIVE RETIREMENT | 20. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | | 422079 | S | | | PITTSBURGH C NR | FERS: | |
| PA | S | | | 420360 | S | | | CARROLL TWP | 2797.85 | |

| 21. | CURRENT | YEAR TO DATE | 22. |
|---|---|---|---|
| GROSS PAY | 1674.75 | 11808.45 | TSP DATA |
| TAXABLE WAGES | 1245.15 | 8435.66 | 3% |
| NONTAXABLE WAGES | 379.36 | 3018.55 | |
| TAX DEFERRED WAGES | 50.24 | 354.24 | |
| DEDUCTIONS | 705.76 | 5199.91 | |
| AEIC | | | |
| NET PAY | 968.99 | 6608.54 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 79.75 | 1674.75 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 7.36 | 52.64 | FEHB | 105 | 314.11 | 2498.89 |
| MEDICARE | | 18.78 | 127.45 | OASDI | | 80.31 | 544.97 |
| RETIRE, FERS | K | 13.40 | 94.47 | TAX, FEDERAL | | 101.59 | 633.85 |
| TAX, LST | 422079 | 2.00 | 16.00 | TAX, LOCAL | 420360 | 12.95 | 87.89 |
| TAX, STATE | PA | 39.77 | 269.85 | TSP SAVINGS | | 50.24 | 354.24 |
| DENTAL | | 54.16 | 431.06 | VISION | | 11.09 | 88.60 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 58.25 | 8.00 | 56.00 | | 65.50 | | 48.75 | |
| SICK | 9.25 | 4.00 | 28.00 | 1.00 | 19.50 | | 17.75 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 3.75 | | | |
| AWOL | | | | | .25 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.68 | 26.32 | FEHB | 574.13 | 4581.16 |
| MEDICARE | 18.78 | 127.45 | OASDI | 80.31 | 544.97 |
| RETIRE, FERS | 308.15 | 2172.74 | TSP BASIC | 16.75 | 118.08 |
| TSP MATCHING | 50.24 | 354.24 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   314.11
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

DFAS FORM 1 (REV 3/96)

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.