Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park, PA 15102

3300

Leslie Salzman
16 London St PO Box 605
Monongahela, PA 15063

SSN 3004

Check date: 11/18/21    Check # 13216
Period begin: 11/01/21    Period end: 11/14/21

| Wages | Regular Rate | Regular Hours | Regular Amount | Overtime Rate | Overtime Hours | Overtime Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | 12.50 | | 0.00 | 18.75 | | 0.00 | | 0.00 | FICA-SS | 38.83 |
| Manager | 14.00 | 44.73 | 626.22 | 21.00 | | 0.00 | 44.73 | 626.22 | FICA-MED | 9.08 |
| Vacation Pay | 14.00 | | 0.00 | 21.00 | | 0.00 | | 0.00 | FIT | 25.00 |
| | | | | | | | | | Pennsylvania SIT | 19.22 |
| | | | | | | | | | Pennsylvania SUI | 0.38 |
| | | | | | | | | | Pennsylvania Carrol | 5.76 |
| | | | | | | | | | Pennsylvania Bethe | 2.00 |
| Totals | | 44.73 | 626.22 | | | 0.00 | 44.73 | 626.22 | | 100.77 |

Net Check    525.45
Total Pay    525.45

Year to Date

| Wages | Regular Hours | Regular Amount | Overtime Hours | Overtime Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| Manager | 997.38 | 13,558.20 | | 0.00 | 997.38 | 13,558.20 | FICA-SS | 863.2 |
| Reported Tips | | 25.00 | | 0.00 | | 25.00 | FICA-MED | 201.9 |
| Vacation Pay | 25.25 | 340.88 | | 0.00 | 25.25 | 340.88 | FIT | 631.9 |
| | | | | | | | Pennsylvania SIT | 427.4 |
| | | | | | | | Pennsylvania SUI | 8.3 |
| | | | | | | | Pennsylvania Carrol | 139.2 |
| | | | | | | | Pennsylvania Bethe | 44.0 |
| Totals | 1,022.63 | 13,899.08 | | 0.00 | 1,022.63 | 13,899.08 | | 2,316.2 |

Net Check    11,582.8
Total Pay    11,582.8

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park, PA 15102

Leslie Salzman
16 London St PO Box 605
Monongahela, PA 15063

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park, PA 15102

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

SSN: 3004
Check date: 12/16/21    Check #  13249
Period begin: 11/29/21    Period end  12/12/21

|  | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| ages | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount |  |  |
| ages | 12.50 |  | 0.00 | 18.75 |  | 0.00 |  | 0.00 | FICA-SS | 35.25 |
| anager | 14.00 | 40.61 | 568.54 | 21.00 |  | 0.00 | 40.61 | 568.54 | FICA-MED | 8.24 |
| ication Pay | 14.00 |  | 0.00 | 21.00 |  | 0.00 |  | 0.00 | FIT | 25.00 |
|  |  |  |  |  |  |  |  |  | Pennsylvania SIT | 17.45 |
|  |  |  |  |  |  |  |  |  | Pennsylvania SUI | 0.34 |
|  |  |  |  |  |  |  |  |  | Pennsylvania Carrol | 5.69 |
|  |  |  |  |  |  |  |  |  | Pennsylvania Bethe | 2.00 |
| tals |  | 40.61 | 568.54 |  |  | 0.00 | 40.61 | 568.54 |  | 93.97 |
|  |  |  |  |  |  |  |  |  | Net Check | 474.57 |
|  |  |  |  |  |  |  |  |  | Total Pay | 474.57 |

Year to Date

|  | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| ages | Hours | Amount | Hours | Amount | Hours | Amount |  |  |
| anager | 1,129.60 | 15,409.28 |  | 0.00 | 1,129.60 | 15,409.28 | FICA-SS | 976.06 |
| eported Tips |  | 25.00 |  | 0.00 |  | 25.00 | FICA-MED | 228.74 |
| acation Pay | 25.25 | 340.88 |  | 0.00 | 25.25 | 340.88 | FIT | 709.12 |
|  |  |  |  |  |  |  | Pennsylvania SIT | 484.31 |
|  |  |  |  |  |  |  | Pennsylvania SUI | 9.48 |
|  |  |  |  |  |  |  | Pennsylvania Carrol | 157.76 |
|  |  |  |  |  |  |  | Pennsylvania Bethe | 50.00 |
| otals | 1,154.85 | 15,750.16 |  | 0.00 | 1,154.85 | 15,750.16 |  | 2,617.47 |
|  |  |  |  |  |  |  | Net Check | 13,132.69 |
|  |  |  |  |  |  |  | Total Pay | 13,132.69 |

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park, PA 15102

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd.
Bethel Park, PA 15102

3300

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

SSN: 3004

Check date: 12/30/21  Check #: 13266
Period begin: 12/13/21  Period end: 12/26/21

| Wages | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 12.50 | | 0.00 | 18.75 | | 0.00 | | 0.00 | FICA-SS | 24.50 |
| Manager | 14.00 | 28.23 | 395.22 | 21.00 | | 0.00 | 28.23 | 395.22 | FICA-MED | 5.73 |
| Vacation Pay | 14.00 | | 0.00 | 21.00 | | 0.00 | | 0.00 | FIT | 25.00 |
| | | | | | | | | | Pennsylvania SIT | 12.13 |
| | | | | | | | | | Pennsylvania SUI | 0.24 |
| | | | | | | | | | Pennsylvania Carrol | 3.95 |
| | | | | | | | | | Pennsylvania Bethe | 2.00 |
| Totals | | 28.23 | 395.22 | | | 0.00 | 28.23 | 395.22 | | 73.55 |

Net Check  321.67
Total Pay  321.67

Year to Date

| Wages | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Manager | 1,157.83 | 15,804.50 | | 0.00 | 1,157.83 | 15,804.50 | FICA-SS | 1,002.56 |
| Reported Tips | | 25.00 | | 0.00 | | 25.00 | FICA-MED | 234.47 |
| Vacation Pay | 25.25 | 340.88 | | 0.00 | 25.25 | 340.88 | FIT | 734.12 |
| | | | | | | | Pennsylvania SIT | 496.44 |
| | | | | | | | Pennsylvania SUI | 9.72 |
| | | | | | | | Pennsylvania Carrol | 161.71 |
| | | | | | | | Pennsylvania Bethe | 52.00 |
| Totals | 1,183.08 | 16,145.38 | | 0.00 | 1,183.08 | 16,145.38 | | 2,691.02 |

Net Check  13,454.36
Total Pay  13,454.36

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd.
Bethel Park, PA 15102

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

Crossczyk Corporation  
Payroll Account  
1030 Clifton Library Rd  
Bethel Park PA 15102

Leslie Salzman  
16 London St PO Box 606  
Monongahela, PA 15063

3300

SSN 3004

Check date 01/13/22   Check # 13284  
Period begin 12/27/21   Period end 01/09/22

| Wages | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 12.50 | | 0.00 | 18.75 | | 0.00 | | 0.00 | FICA-SS | 35.52 |
| Manager | 14.00 | 40.93 | 573.02 | 21.00 | | 0.00 | 40.93 | 573.02 | FICA-MED | 8.31 |
| Vacation Pay | 14.00 | | 0.00 | 21.00 | | 0.00 | | 0.00 | FIT | 25.00 |
| | | | | | | | | | Pennsylvania SIT | 17.59 |
| | | | | | | | | | Pennsylvania SUI | 0.34 |
| | | | | | | | | | Pennsylvania Carrol | 5.73 |
| | | | | | | | | | Pennsylvania Bethe | 2.00 |
| Totals | | 40.93 | 573.02 | | | 0.00 | 40.93 | 573.02 | | 94.50 |
| | | | | | | | | | Net Check | 478.52 |
| | | | | | | | | | Total Pay | 478.52 |

Year to Date

| Wages | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Manager | 40.93 | 573.02 | | 0.00 | 40.93 | 573.02 | FICA-SS | 35.53 |
| | | | | | | | FICA-MED | 8.31 |
| | | | | | | | FIT | 25.00 |
| | | | | | | | Pennsylvania SIT | 17.59 |
| | | | | | | | Pennsylvania SUI | 0.34 |
| | | | | | | | Pennsylvania Carrol | 5.73 |
| | | | | | | | Pennsylvania Bethe | 2.00 |
| Totals | 40.93 | 573.02 | | 0.00 | 40.93 | 573.02 | | 94.50 |
| | | | | | | | Net Check | 478.52 |
| | | | | | | | Total Pay | 478.52 |

Crossczyk Corporation  
Payroll Account  
1030 Clifton Library Rd  
Bethel Park PA 15102

Leslie Salzman  
16 London St PO Box 606  
Monongahela, PA 15063

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park PA 15102

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

SSN: *** ** 3004

Check date: 01/27/22   Check #: 13301
Period begin: 01/10/22   Period end: 01/23/22

|  | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 12.50 | | 0.00 | 18.75 | | 0.00 | | 0.00 | FICA-SS | 39.35 |
| Manager | 14.00 | 45.34 | 634.76 | 21.00 | | 0.00 | 45.34 | 634.76 | FICA-MED | 9.20 |
| Vacation Pay | 14.00 | | 0.00 | 21.00 | | 0.00 | | 0.00 | FIT | 25.00 |
| | | | | | | | | | Pennsylvania SIT | 19.49 |
| | | | | | | | | | Pennsylvania SUI | 0.38 |
| | | | | | | | | | Pennsylvania Carrol | 6.35 |
| | | | | | | | | | Pennsylvania Bethe | 2.00 |
| Totals | | 45.34 | 634.76 | | | 0.00 | 45.34 | 634.76 | | 101.77 |
| | | | | | | | | | Net Check | 532.99 |
| | | | | | | | | | Total Pay | 532.99 |

Year to Date

|  | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| Wages | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Manager | 86.27 | 1,207.78 | | 0.00 | 86.27 | 1,207.78 | FICA-SS | 74.88 |
| | | | | | | | FICA-MED | 17.51 |
| | | | | | | | FIT | 50.00 |
| | | | | | | | Pennsylvania SIT | 37.08 |
| | | | | | | | Pennsylvania SUI | 0.72 |
| | | | | | | | Pennsylvania Carrol | 12.08 |
| | | | | | | | Pennsylvania Bethe | 4.00 |
| Totals | 86.27 | 1,207.78 | | 0.00 | 86.27 | 1,207.78 | | 196.27 |
| | | | | | | | Net Check | 1,011.51 |
| | | | | | | | Total Pay | 1,011.51 |

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park PA 15102

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

Crossczyk Corporation   3300   Leslie Salzman   SSN 3004
Payroll Account                 16 London St PO Box 606
1030 Clifton Library Rd         Monongahela, PA 15063
Bethel Park, PA 15102

Check date 02/10/22   Check # 13315
Period begin 01/24/22   Period end 02/06/22

|  | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 12.50 |  | 0.00 | 18.75 |  | 0.00 |  | 0.00 | FICA-SS | 30.93 |
| Manager | 14.00 | 35.63 | 498.82 | 21.00 |  | 0.00 | 35.63 | 498.82 | FICA-MED | 7.24 |
| Vacation Pay | 14.00 |  | 0.00 | 21.00 |  | 0.00 |  | 0.00 | FIT | 25.00 |
|  |  |  |  |  |  |  |  |  | Pennsylvania SIT | 15.31 |
|  |  |  |  |  |  |  |  |  | Pennsylvania SUI | 0.30 |
|  |  |  |  |  |  |  |  |  | Pennsylvania Carrol | 4.99 |
|  |  |  |  |  |  |  |  |  | Pennsylvania Bethe | 2.00 |
| Totals |  | 35.63 | 498.82 |  |  | 0.00 | 35.63 | 498.82 |  | 85.77 |
|  |  |  |  |  |  |  |  |  | Net Check | 413.05 |
|  |  |  |  |  |  |  |  |  | Total Pay | 413.05 |

Year to Date

|  | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| Wages | Hours | Amount | Hours | Amount | Hours | Amount |  |  |
| Manager | 121.90 | 1,706.60 |  | 0.00 | 121.90 | 1,706.60 | FICA-SS | 105.81 |
|  |  |  |  |  |  |  | FICA-MED | 24.75 |
|  |  |  |  |  |  |  | FIT | 75.00 |
|  |  |  |  |  |  |  | Pennsylvania SIT | 52.39 |
|  |  |  |  |  |  |  | Pennsylvania SUI | 1.02 |
|  |  |  |  |  |  |  | Pennsylvania Carrol | 17.01 |
|  |  |  |  |  |  |  | Pennsylvania Bethe | 6.00 |
| Totals | 121.90 | 1,706.60 |  | 0.00 | 121.90 | 1,706.60 |  | 282.04 |
|  |  |  |  |  |  |  | Net Check | 1,424.56 |
|  |  |  |  |  |  |  | Total Pay | 1,424.56 |

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park, PA 15102

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

ssczyk Corporation  
roll Account  
0 Clifton Library Rd  
el Park PA 15102

Leslie Salzman  
16 London St PO Box 606  
Monongahela, PA 15063

SSN 3004

Check date 02/24/22  Check # 13330  
Period begin 02/07/22  Period end 02/20/22

| | Regular | | | Overtime | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| es | Rate | Hours | Amount | Rate | Hours | Amount | | Hours | Amount | Deductions | Amount |
| es | 12.50 | | 0.00 | 18.75 | | 0.00 | | | 0.00 | FICA-SS | 40.11 |
| ger | 14.00 | 46.21 | 646.94 | 21.00 | | 0.00 | | 46.21 | 646.94 | FICA-MED | 9.38 |
| tion Pay | 14.00 | | 0.00 | 21.00 | | 0.00 | | | 0.00 | FIT | 25.00 |
| | | | | | | | | | | Pennsylvania SIT | 19.86 |
| | | | | | | | | | | Pennsylvania SUI | 0.39 |
| | | | | | | | | | | Pennsylvania Carrol | 6.41 |
| | | | | | | | | | | Pennsylvania Bethe | 2.00 |
| ls | | 46.21 | 646.94 | | | 0.00 | | 46.21 | 646.94 | | 103.21 |
| | | | | | | | | | | Net Check | 543.73 |
| | | | | | | | | | | Total Pay | 543.73 |

Year to Date

| | Regular | | | Overtime | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | | Amount | | Hours | Amount | | Deductions | Amount |
| r | 168.11 | 2,353.54 | | | 0.00 | | 168.11 | 2,353.54 | | FICA-SS | 145.92 |
| | | | | | | | | | | FICA-MED | 34.13 |
| | | | | | | | | | | FIT | 100.00 |
| | | | | | | | | | | Pennsylvania SIT | 72.25 |
| | | | | | | | | | | Pennsylvania SUI | 1.41 |
| | | | | | | | | | | Pennsylvania Carro | 23.54 |
| | | | | | | | | | | Pennsylvania Bethe | 8.00 |
| | 168.11 | 2,353.54 | | | 0.00 | | 168.11 | 2,353.54 | | | 385.25 |
| | | | | | | | | | | Net Check | 1,968.29 |
| | | | | | | | | | | Total Pay | 1,968.29 |

ssczyk Corporation  
yroll Account  
30 Clifton Library Rd  
thel Park PA 15102

Leslie Salzman  
16 London St PO Box 606  
Monongahela, PA 15063

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park, PA 15102

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

SSN 3004

Check date 03/10/22    Check # 13344
Period begin 02/21/22    Period end 03/06/22

| Wages | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 12.50 | | 0.00 | 18.75 | | 0.00 | | 0.00 | FICA-SS | 41.22 |
| Manager | 14.00 | 47.49 | 664.86 | 21.00 | | 0.00 | 47.49 | 664.86 | FICA-MED | 9.64 |
| Vacation Pay | 14.00 | | 0.00 | 21.00 | | 0.00 | | 0.00 | FIT | 25.00 |
| | | | | | | | | | Pennsylvania SIT | 20.41 |
| | | | | | | | | | Pennsylvania SUI | 0.40 |
| | | | | | | | | | Pennsylvania Carrol | 6.65 |
| | | | | | | | | | Pennsylvania Bethe | 2.00 |
| Totals | | 47.49 | 664.86 | | | 0.00 | 47.49 | 664.86 | | 105.32 |
| | | | | | | | | | Net Check | 559.54 |
| | | | | | | | | | Total Pay | 559.54 |

Year to Date

| Wages | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Manager | 215.60 | 3,018.40 | | 0.00 | 215.60 | 3,018.40 | FICA-SS | 187.14 |
| | | | | | | | FICA-MED | 43.77 |
| | | | | | | | FIT | 125.00 |
| | | | | | | | Pennsylvania SIT | 92.66 |
| | | | | | | | Pennsylvania SUI | 1.81 |
| | | | | | | | Pennsylvania Carrol | 30.19 |
| | | | | | | | Pennsylvania Bethe | 10.00 |
| Totals | 215.60 | 3,018.40 | | 0.00 | 215.60 | 3,018.40 | | 490.57 |
| | | | | | | | Net Check | 2,527.83 |
| | | | | | | | Total Pay | 2,527.83 |

Crossczyk Corporation
Payroll Account
1030 Clifton Library Rd
Bethel Park, PA 15102

Leslie Salzman
16 London St PO Box 606
Monongahela, PA 15063

ssczyk Corporation  
roll Account  
0 Clifton Library Rd  
hel Park, PA 15102

Leslie Salzman  
16 London St PO Box 606  
Monongahela, PA 15063

SSN 3004  
Check date 03/24/22    Check # 13364  
Period begin 03/07/22    Period end 03/20/22

| | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| es | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | FICA-SS | 39.06 |
| jes | 12.50 | | 0.00 | 18.75 | | 0.00 | | 0.00 | FICA-MED | 9.13 |
| ager | 14.00 | 45.00 | 630.00 | 21.00 | | 0.00 | 45.00 | 630.00 | FIT | 25.00 |
| ation Pay | 14.00 | | 0.00 | 21.00 | | 0.00 | | 0.00 | Pennsylvania SIT | 19.34 |
| | | | | | | | | | Pennsylvania SUI | 0.38 |
| | | | | | | | | | Pennsylvania Carrot | 6.30 |
| | | | | | | | | | Pennsylvania Betho | 2.00 |
| ils | | 45.00 | 630.00 | | | 0.00 | 45.00 | 630.00 | | 101.2 |
| | | | | | | | | | Net Check | 528.79 |
| | | | | | | | | | Total Pay | 528.79 |

Year to Date

| | Regular | | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|
| es | Hours | Amount | Hours | | Amount | Hours | Amount | FICA-SS | 226.20 |
| ager | 260.60 | 3,648.40 | | | 0.00 | 260.60 | 3,648.40 | FICA-MED | 52.90 |
| | | | | | | | | FIT | 150.00 |
| | | | | | | | | Pennsylvania SIT | 112.00 |
| | | | | | | | | Pennsylvania SUI | 2.15 |
| | | | | | | | | Pennsylvania Carrot | 36.49 |
| | | | | | | | | Pennsylvania Betho | 12.00 |
| | | | | | | | | | 591.78 |
| als | 260.60 | 3,648.40 | | | 0.00 | 260.60 | 3,648.40 | Net Check | 3,056.62 |
| | | | | | | | | Total Pay | 3,056.62 |

Crossczyk Corporation  
Payroll Account  
1030 Clifton Library Rd  
Bethel Park, PA 15102

Leslie Salzman  
16 London St PO Box 606  
Monongahela, PA 15063

Crossczyk Corporation  
Payroll Account  
1030 Clifton Library Rd  
Bethel Park PA 15102

3300 Leslie Salzman  
16 London St PO Box 606  
Monongahela PA 15063

SSN 3004

Check date 04/07/22   Check # 13378  
Period begin 03/21/22   Period end 04/03/22

|  | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 12 50 | | 0 00 | 18 75 | | 0 00 | | 0.00 | FICA-SS | 40 35 |
| Manager | 14 00 | 46 48 | 650 72 | 21 00 | | 0 00 | 46 48 | 650 72 | FICA-MED | 9 44 |
| Vacation Pay | 14 00 | | 0 00 | 21 00 | | 0 00 | | 0 00 | FIT | 25 00 |
| | | | | | | | | | Pennsylvania SIT | 19 99 |
| | | | | | | | | | Pennsylvania SUI | 0 39 |
| | | | | | | | | | Pennsylvania Carrol | 6 51 |
| | | | | | | | | | Pennsylvania Bethe | 2 00 |
| Totals | | 46 48 | 650 72 | | | 0 00 | 46 48 | 650 72 | | 103 67 |
| | | | | | | | | | Net Check | 547.05 |
| | | | | | | | | | Total Pay | 547.05 |

Year to Date

|  | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| Wages | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Manager | 307 08 | 4,299 12 | | 0 00 | 307.08 | 4,299 12 | FICA-SS | 266 55 |
| | | | | | | | FICA-MED | 62 34 |
| | | | | | | | FIT | 175 00 |
| | | | | | | | Pennsylvania SIT | 131 95 |
| | | | | | | | Pennsylvania SUI | 2 58 |
| | | | | | | | Pennsylvania Carrol | 43 00 |
| | | | | | | | Pennsylvania Bethe | 14 00 |
| Totals | 307 08 | 4,299.12 | | 0.00 | 307.08 | 4,299.12 | | 695 45 |
| | | | | | | | Net Check | 3,603.67 |
| | | | | | | | Total Pay | 3,603.67 |

Crosscyzk Corporation  
Payroll Account  
1030 Clifton Library Rd  
Bethel Park PA 15102

Leslie Salzman  
16 London St PO Box 606  
Monongahela PA 15063

Crossczyk Corporation  
Payroll Account  
1030 Clifton Library Rd  
Bethel Park PA 15102

3300 Leslie Salzman  
16 London St PO Box 606  
Monongahela, PA 15063

SSN 3004

Check date 04/21/22   Check # 13392  
Period begin 04/04/22   Period end 04/16/22

| Wages | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 12.50 | | 0.00 | 18.75 | | 0.00 | | 0.00 | FICA-SS | 34.7? |
| Manager | 14.00 | 39.93 | 559.02 | 21.00 | | 0.00 | 39.93 | 559.02 | FICA-MED | 8.1? |
| Reported Tips | | | 2.00 | | | 0.00 | | 2.00 | FIT | 25.0? |
| Vacation Pay | 14.00 | | 0.00 | 21.00 | | 0.00 | | 0.00 | Pennsylvania SIT | 17.2? |
| | | | | | | | | | Pennsylvania SUI | 0.3? |
| | | | | | | | | | Pennsylvania Carrol | 5.6? |
| | | | | | | | | | Pennsylvania Bethe | 2.0? |
| Totals | | 39.93 | 559.02 | | | 0.00 | 39.93 | 559.02 | | 93.0? |
| | | | | | | | | | Net Check | 465.9? |
| | | | | | | | | | Total Pay | 465.9? |

Year to Date

| Wages | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Manager | 347.01 | 4,858.14 | | 0.00 | 347.01 | 4,858.14 | FICA-SS | 30? |
| Reported Tips | | 2.00 | | 0.00 | | 2.00 | FICA-MED | 70 |
| | | | | | | | FIT | 200 |
| | | | | | | | Pennsylvania SIT | 149 |
| | | | | | | | Pennsylvania SUI | 2 |
| | | | | | | | Pennsylvania Carrol | 48 |
| | | | | | | | Pennsylvania Bethe | 16 |
| Totals | 347.01 | 4,858.14 | | 0.00 | 347.01 | 4,858.14 | | 788.? |
| | | | | | | | Net Check | 4,069.? |
| | | | | | | | Total Pay | 4,069.? |

Crossczyk Corporation  
Payroll Account  
1030 Clifton Library Rd  
Bethel Park PA 15102

Leslie Salzman  
16 London St PO Box 606  
Monongahela PA 15063