```
                                                          FILED
                                                          6/22/22 4:14 pm
            IN THE UNITED STATES BANKRUPTCY COURT         CLERK
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA       U.S. BANKRUPTCY
                                                          COURT - WDPA
```

IN RE:

| | | |
|---|---|---|
| LESLIE E. SALZMAN, JR., | : | Case No. 22-20979-TPA |
| MELISSA L. SALZMAN | : | Chapter 7 |
| *Debtors* | : | Related to Document No. 14, 18 |
| | : | |
| | : | Hearing: July 14, 2022 at 10:30 A.M. |

## ORDER TO SHOW CAUSE

On June 6, 2022, a ***Declaration of Electronic Filing*** was filed by the Debtor's counsel, Thomas P. Agrafiotis, Esq. at Doc. No. 14 ("Declaration"). The *Declaration* contained the personal identifiers of the Debtors, specifically the Debtor's and Joint Debtor's full social security numbers causing the Court considerable concern. As per its custom, while the Court unilaterally sealed the *Declaration,* a Text Order was issued at No. 18 requiring counsel to refer to Local Rule 9037-1, and on or before June 17, 2022, required counsel to file a Request to Restrict Public Access.

**AND NOW**, this **22ⁿᵈ** day of ***June, 2022***, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) An ***Order to Show Cause*** is issued against ***Thomas P. Agrafiotis, Esq.***, Counsel for the Debtors, to ***personally*** appear at a hearing scheduled on ***July 14, 2022*** at ***10:30 A.M.*** to show cause why sanctions should not be imposed for Counsels' failure to timely file a Request to Restrict Public Access.

(2) The hearing will be held by the *Zoom Video Conference Application*. The Parties must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective November 22, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(3) *Initializing Zoom Hearing*: To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

(4) If, *on or before June 29, 2022,* Counsel files the Request to Restrict Public Access, the hearing scheduled above *may* be cancelled and the Order to Show Cause vacated.

_____ dak
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Thomas P. Agrafiotis, Esq.
    Pamela J. Wilson, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-20979-TPA
Leslie E. Salzman, Jr. Chapter 7
Melissa L. Salzman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jun 23, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leslie E. Salzman, Jr., Melissa L. Salzman, 16 London Street, P.O. Box 606, Monongahela, PA 15063-0606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Thomas P. Agrafiotis
       on behalf of Joint Debtor Melissa L. Salzman tpagrafiotislaw@comcast.net

Thomas P. Agrafiotis
       on behalf of Debtor Leslie E. Salzman Jr. tpagrafiotislaw@comcast.net

TOTAL: 7