FILED
7/6/22 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LESLIE SALZMAN, JR. | : | Case No. 22-20979-TPA |
| MELISSA L. SALZMAN | : | Chapter 7 |
| *Debtors* | : | |
| | : | Related to Doc. No. 21 |

### ORDER

On June 22, 2022, an ***Order to Show Cause*** ("OTSC") was issued against Thomas P. Agrafiotis, Esq., Counsel for the Debtors at Doc. No. 21 for improperly disclosing the Debtors' personal information and failing to take any timely action to correct the disclosure when brought to its attention and implement measures to prevent its disclosure in the future.

***AND NOW***, this ***6th*** day of ***July, 2022***, in light of the Request to Restrict Public Access to Document No.14 filed by the Respondent on June 29, 2022 at Doc. No. 24, the *OTSC* is ***VACATED*** and the July 14, 2022 *OTSC* hearing is ***CANCELLED.***

Case Administrator to serve:
Debtors
Thomas P. Agrafiotis, Esq.
Pamela J. Wilson, Esq.

_____ dak
Thomas P. Agresti, Judge
United States Bankruptcy Court

1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20979-TPA |
| Leslie E. Salzman, Jr. | Chapter 7 |
| Melissa L. Salzman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leslie E. Salzman, Jr., Melissa L. Salzman, 16 London Street, P.O. Box 606, Monongahela, PA 15063-0606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 06, 2022 | Form ID: pdf900 | Total Noticed: 1

Pamela J. Wilson
          on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Thomas P. Agrafiotis
          on behalf of Joint Debtor Melissa L. Salzman tpagrafiotislaw@comcast.net

Thomas P. Agrafiotis
          on behalf of Debtor Leslie E. Salzman  Jr. tpagrafiotislaw@comcast.net

TOTAL: 8