Certificate Number: 03088-PAW-DE-036775397

Bankruptcy Case Number: 22-20979



03088-PAW-DE-036775397

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 22, 2022</u>, at <u>12:10</u> o'clock <u>PM CDT</u>, <u>Melissa L Salzman</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:    <u>August 22, 2022</u>

By:    <u>/s/Brianna M Glynn</u>

Name:    <u>Brianna M Glynn</u>

Title:    <u>Counselor</u>